FILED 08 JAN '26 10:13 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

Jacob Bernards (100111492)
_____
*(Enter full name of plaintiff)*

Plaintiff,

v.

Clackamas County Sheriff
(DMV) → Department of Motor
Vehicles, Clackamas County District Attorney
_____
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. __3:26-cv-00049-CL__
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

DA No. 005375627

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**
Name: Jacob James Bernards
Street Address: 2203 Kaen Rd.
City, State & Zip Code: Oregon City, OR 97045
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**   Name: Clackamas County District Attorney
Street Address: 1000 Court house Rd       DA. NO 0053756 27
City, State & Zip Code: Oregon city, OR 97045
Telephone No.: (503) 655 - 8431

**Defendant No. 2**   Name: Clackamas County Sheriff (John Doe)
Street Address: 2203 Kaen Rd. Oregon city, OR 97045
City, State & Zip Code: 
Telephone No.: 

**Defendant No. 3**   Name: Clackamas County Department of Motor Vehicles
Street Address: (DMV)
City, State & Zip Code: ?
Telephone No.: ?

**Defendant No. 4**   Name: Multnomah County probation?
Street Address: Mead Building
City, State & Zip Code: Portland, OR
Telephone No.: 

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Fourth Amendment unlawful Arrest
Fourth Amendment Malicious prosecution
Violation ORS 813.600, and ORS 807.240

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I was pulled over and Arrested by Clackamas County Sheriff's for Driving while Suspended or Revoked ORS 811.182(4). Sheriff "John Doe" was provided a hardship permit according to ORS 813.600 Ignition Interlock Oversight Program, and ORS 807.240 hardship permits. First Amendment Retaliatory Arrest; Probation harrassed me about my car, The sheriff claims "Probation" told him to tow my car and Charge me.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Fourth Amendment unlawful arrest claims and a Fourth Amendment Malicious prosecution

Claim's for Charges and Arrest steeming from Case No. 25IR67971

- Deprivation of civil Rights The Benefit of all laws, and Proceedings for the security of Person's and Property
- Protection Against impairment By Non govermental discrimination

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Equal Rights under law (ORS 813.600, and ORS 807.240)
8th Amendment Bail violation for sheriff Refusing me "self Bail" when I was Booked into Jail.
- Car was unlawfully impounded
- loss of wages, loss of freedom
- I've Been targeted and harrassed By law enforcement Because I'm on "Probation"

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

### V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Unlawful imprisonment of $1,500 a day
Additional $250,000 for malicious prosecution
towing fee's Repaid.
Punative damages
- This is a Criminal Act. and all people involved should Be treated as So.
Violation of Civil Rights, and Oregon Statutory Rights/laws ORS 813.600 Ignition interlock Program, and ORS 807.240 hardship permit, punative damages of $1,000,000 plus for malicious intent of all parties

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of 31, 2025

(Signature of Plaintiff)

violation: ORS 813.600, ORS 807.240
Fourth Amendment unlawful Arrest
Fourth Amendment malicious Prosecution
8th Amendment Bail violation for sheriff Refusing me Self Bail when I was "Booked" into jail.
Equal Rights Under law violation

Waiver of Filing fee: I'm being unlawfully held in jail Against my will. charge clackamas County for all Fees.    x[signature]

What happen: On December 5th, 2025, I, Jacob James Beernards was Driving to Eagle Creek Fern park, on my way back it started Raining and The GPS on my phone lost Signal and I got lost. I went to make a U-turn when a cop pulled me over (when I turned my Blinker on, Before I made the turn.) I provided my ID card, my insurance, and car Regestriation plus my certificate from "Oregon State Police Ignition interlock Oversight Program" plus I showed the officer my IID machine leased from "Intoxalock". He came back to me and said "The County say's your driving without a license I answer to the County" "are you on Probation?." I told

↓ Flip

him I was on drug court known as START court Probation in Multnomah County. I was placed in a Deputies car and he called top-line towing with-out my consent towing my car. per "intoxalock" IID Lease Agreement Roadside Assistance was available they denied me an oppurtunity to contact anyone Before towing my car. The whole incident was recorded by the police. While I was Being Booked into jail I asked about self Bail and they told me I can't Bail I have probation, on START court drug court The Judge is the only one who can issue a warrant not probation. ORS 813.600 and ORS 807.240 are the laws pertaining to my hardship permit. The DMV does not issue hardship permits for Driving under the influence of intoxicant. The Oregon State Patrol and The traffic committee of the state issue IID license per ORS 813.600 Ignition interlock program. On December 5th, 2025 I had START court that Day and was in decent standings. Please view attached papers for more info.

- The jail does not offer motions
- Clackamas County does not follow Federal or Oregon state law.
- I'm filing an unlawful tow / car theft to my insurance Against Clackamas County sheriff Department officer "John Doe"

Per ORS 807.240 Hardship permit; Fee's; Rules Section 8: The department may "not" issue a hardship permit to a person: (8)(C) Driving under the influence of intoxicants as defined in ORS 813.010. The Department of Motor Vechicle's does not issue hardship permit's per ORS 807.240. The only way to obtain a hardship permit in the State of Oregon is according to ORS 813.600 ignition interlock Program; The The Department of State Police in Consulation with the traffic safety Committee shall issue the hardship According to State IID Program For ignition interlock granting the individual the Right to drive during the life time of Revocation or suspension of driving privelages Clackamas County Sheriff John Doe contacted the Department of Motor Vehicle's Regarding My hardship permit, sheriff John Doe should have contacted "intoxalock" the IID company on the "Section 1" of the hardship license from "the Oregon State Patrol Ignition interlock Oversight Program" it clearly state's Required driver info: Jacob Bernards, The IID issued By "intoxalock" The Clackomas County flip

Page #1

Sheriff John Doe errored when He called the Clackamas County Department of Motor Vechicles Clackamas County sheriff's office, Deparment of Motor vehicles (DMV), and The District Attorney have all errored By Not following ORS 813.600, Sheriff John Doe claimed "He Answers to the County" Refusing to follow State law and Federal Constitution. My Fourth Amendment Rights have been deprivated A Fourth Amendment prosecutions claim, and A Fourth Amendment unlawful Arrest claim. The Arresting sheriff John Doe used the Fact I was on START Court Probation in Multnomah County to File invalid charges of Driving While Suspended or Revoked ORS 811.182(4) class A misdemenor. This is an Act of malicious Prosecution per 1983 Relating to invalid charges. I have Equal Rights under law "The Benefit of All laws, and Proceedings for Security of Person's and Propeety". Constitutional deprivation has Occured Property Rights and Personal Rights. It Shall Be Known on Dec 5th, 2025 @ 10:15am I was in START Court in Multo County and was in good standing, when I was Booked Into Clackamas County jail and was denied the Right to "self Bail" Because I have

Probation in Multnomah County violates my 8th Amendment Rights. They Refused me Bail putting a "hold" on me for no Reason. The Arresting Sheriff John Doe called probation himself. This Act was excessive and goes Beyound the duty of sheriff John Doe. Not to mention they followed me for miles, and pulled me over for "No Reason" and Fabricated Fake charges violating my Rights As a "United State's Citizen" Case No. 251R67971 is a Fine Example of police officer's using there postion's to stalk and harrass citizens. I provided the proper certificate's according to ORS 813.600 Ignition interlock program The Certificate clearly states "The Department of state Police Ignition interlock Program Oversight Program" sheriff John Doe The Department of Motor Vehicles, and The Clackamas County District Attorney have used there position of power to deprive me of my Rights, and to unlawfully imprison me, I'm seeking $1,500 daily every day I'm imprisoned, I'm seeking an additional $250,000 for the invalid charge's, for unlawful towing of my Car, and most of all for the invalid charges. This is a form of police Brutality and harrassment. This is a Criminal Act. And they shall be treated as a "Gang of stalkers", They went out of their way to follow me from "Eagle creek Fern Park" Charged me with invalid charge's, and tried to Steal my 2020 honda Civic Sport. Every day I sit in jail I miss work, and I'm seeking punative damage's for every thing mentioned. There Motive's and Agenda are a "Crooked and deceptive Act." They all used there position's of power to manipulate the Law, They believe they are the law, and they are above the Law, and it's time for everyone to be held Accountable.

↓flip  page #3

bation/START Court probation Does not and categorical Bar, Therefore this Arrest is an awful Arrest under my Fourth Amendment Right, is an Act of malicious prosecution Per 1983, ORS 3.600, and ORS 807.240" The Department of tate Police, in Consulation with the traffic safety ommittee Shall establish a program for the Use of Ignition terlock Device by persons Convicted of Driving under the fluence of intoxicants and Grant hardship permits under RS 807.240" and per ORS 807.240 section 8(c) The Department of motor vehicles shall Not issue a hardship permit to "Driving under the influence of intoxicants" Due to my Life time Revocation for D.U.I.I. ORS 813.600 give's me the Right to drive during the Lifetime of Revocation as Long as I, have ① Ignition interlock ② SR-22 insurance ③ Submit Application to Oregon state Police, and the Transportation safety Committee. ON December 5th, 2025, I, Jacob James Bernards was pulled over by a clackamas County Sheriff "John Doe" at that time I had Full coverage insurance with SR-22, ignition interlock Device from "intoxalock" a state Approved IID vendor, and A Certified Document from the "Oregon state Police Igni interlock Oversight Program" that was provided by to th Sheriff "John Doe" of Clackamas County and the

iff knowingly and willingly Refused to Recognize stating "he answers to the County DMV". This was Recorded on police cam. I provided all the Required ments according to ORS 813.600, I'm in the Ignition terlock Oversight Program per the law and have the Right drive anywhere in the State of Oregon. and to Case No. 51R67971 State of Oregon vs. Jacob James Bernards is perfect example of law enforcement, District Attorney, The epartment of Motor vehicles (DMV), and probation using there positions of power to stalk, harrass, and Bully members of the Community. I have a legal Right to own property, I have a legal right to drive, These individuals used there positions of power "gang stalk" me and used there positions to file unlawful charges "Driving while Suspended or Revoked ORS 811.182 (4). Anything steeming from Case No. 251R67971 shall be considered invalid and and violation of my Rights. The Clackamas County sheriff Towed my Car via Top-Line towing. In my "intoxalock" lease Agreement "Roadside Assistance" is provided Because of the IID Device, The sheriff Refused to call "intoxaloc and my Roadside Assistance stealing my car, The Sherif "John Doe" Refused to let me Bail out. stating "You have Probation." This was a Coordinated event, I have suf damages, not only should all of them be charged in a Criminal Court, But they should be Black liste

- allowed to work in there feilds Again.
vior indicate's a Repeated pattern of "stalking" and
eting individual's Case NO. 251R67971 is a Perfect
uple of how corrupt these individuals are. They have
Respect for the individual person, and I suffered damages
ause of there Action's, and I'm entitled to punative Compensation
$1,500 daily for unlawful imprisonment, Repayment of towing
e's, and addition $250,000 for all other Damages.
hey have knowingly violated my civil Rights and still
are trying to offer me a "plea Deal for the case". My
plea deal is $250,000 plus $1,500 daily, plus towing
compensation. They have charged me with invalid charges
on multiple occasion's. Property Rights, Personal Rights,
and constitutional deprivation has occured and these
individuals Responcible should Be Brought Before United
States Supreme Court in Washington D.C. for committing
crime's Against the citizens of the United states, They
have used the criminal Justice System to Racketeer money
for the County's and the state of Oregon. My Rights have Been
violated By the County and the state, and I'm entitled to
Repayment for all damages suffered. The United State
constitution is the Supreme law of the land, and these
individuals have zero Respect for it like "a pack of wild
Back wood hillbillies" they have zero Respect for Orego
own law's ORS 813.600, and ORS 807.240... The DR
under the influence of intoxicants oversight Program La

public Defender on case No. 25TR6?... [ould] Be paid to call "Intoxalock" to get you[r] ship permit" and stated "I should take the Deal it's just a misdemenor." They have clearly [wo]rked together to team up and conspired together [in] an attempt to tow my car, and damage/ [st]eal my personal property. They are clearly [o]ooked and are knowingly refusing to accept [my] "Oregon state Patrol Ignition interlock oversight [p]rogram" hardship permit. The Department of state Police in consulation with the transportation safety Committee shall establish a program for the for the use of Ignition Interlock devices by Person's convicted of Driving while under the influence of intoxicants and Grant hardship Permits under ORS 807.240. I have a legal right to Participate in The "Oregon state Patrol Ignition Interlock Oversight Program" and Nobody can take that "Right" from me... Not probation, Not the sheriff, Not the DMV and Not the District Attorney (DA No. 005375627), According to Clackamas County sheriff "John Doe", and Clackamas County District Attorney (DA. No. 0053756[..]) they contacted multnomah County probation, and w[as] told to tow my car. by Probation officer "Jane Do[e]" multnomah County probation Does Not have [..]

→ Flip

...ority to tell "Clackamas County Sheriff... my car, and to file unlawful charges against me. My legal rights have been violated by all parties. They have worked together to deprive me of my rights, I have suffered punative damages because of their actions... I'm entitled the rights of my "hardship permit". The DMV, Multnomah County probation, and Clackamas County worked together to unlawfully charge and imprison me. I'm asking for financial compensation I'm also asking for equal justice with imprisonment for every person involved. In case No. 25IR67971, sheriff "John Doe" claimed it was being recorded via police cam this is a documented event and a perfect example of the justice system twisting and manipulating the law to fit there views. Their intent behind their action's are "crooked and manipulative" and every person involved shall be held responsible. I have a life time revocation from a 3x driving under the influence of intoxicant about 10 years ago. I'm eligable for the "oversight program" and have been harrassed non-stop. All charges in Clackamas, and Multnomah shall be deemed un-constitutional and invalid due to this event.

X [signature]

Jacob James Bernards  100111492
~~2203 Kaen Rd.~~
Clackamas County jail
2203 Kaen Rd.
Oregon city, OR
97045

Legal mail

to: Clerk of courts @
United States District Court
1000 S.W. 3rd Ave #740
Portland, OR 97204